**Fernando MORALES, as Representative of Fish & Shrimp, Incorporated, doing business as Tino's Seafood, Plaintiff–Appellant**

v.

**BOARD OF ADJUSTMENTS & APPEALS; Paul Fedigan; Jay Mitchum; City of South Padre Island, Defendants–Appellees.**

No. 11–40773.

United States Court of Appeals, Fifth Circuit.

March 13, 2012.

Carlos H. Cisneros, Esq., Law Offices of Carlos H. Cisneros, P.C., Brownsville, TX, for Plaintiff–Appellant.

Jeffrey Dale Roerig, Esq., Roerig, Oliveira & Fisher, Brownsville, TX, for Defendants–Appellees.

Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Disclosures at oral argument made it clear that this case is moot. Accordingly the appeal is dismissed.

DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.